

## NUMBER 13-14-00237-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS, Appellant,

v.

ISAAC SASTAITA, Appellee.

### On appeal from the 105th District Court of Kleberg County, Texas.

## ORDER

### Before Chief Justice Valdez and Justices Benavides and Perkes Order Per Curiam

The State perfected an appeal from an order granting a motion to suppress rendered by the 105th District Court of Kleberg County, Texas in cause number 12-CRF-0137. The State thereafter filed a motion to abate and remand to the trial court for findings of fact and conclusions of law. By order issued on April 8, 2015, this Court granted the State's motion and abated and remanded this cause to the trial court with instructions to make and find findings of fact and conclusions of law in support of its order. *See State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006). We directed the trial

court to cause its findings of fact and conclusions of law to be included in a supplemental clerk's record filed with the Court within thirty days from the date of this order. Our order further directed the trial court to request an extension of time prior to expiration of the deadline if the trial court required more time to comply.

This cause is before this Court because the trial court has neither filed its findings and conclusions nor requested an extension of time to do so. On May 13, 2015, the Clerk of this Court requested by letter that the trial court provide us with the required findings and conclusion. On May 28, 2015 and again on June 10, 2015, a Deputy Clerk of this Court contacted staff for the trial court to inquire about the status of the findings and conclusions without results.

Based upon the record before the Court, the trial court held a hearing on the requested findings and conclusions on May 28, 2015 and indicated an intent to make and find the findings and conclusions. However, as of the current date, the trial court has not filed a supplemental clerk's record containing its findings and conclusions. In order for this appeal to be considered in a timely and expeditious manner, we again respectfully direct the trial court to cause its findings of fact and conclusions of law to be included in a supplemental clerk's record filed with the Court within ten days from the date of this order. Failure to do so may result in a show cause hearing.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
23rd day of June, 2015.

2